

BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>8507 CENTRAL AVENUE<br>ORANGEVALE, CALIFORNIA 93662 | S.W. NO. 2:12-SW 214-KJN<br><br>REQUEST TO SEAL DOCUMENTS |

For the reasons set forth in the accompanying search warrant affidavit in the above-captioned proceeding, the United States requests that the search warrant and search warrant affidavit in the above-captioned proceeding be filed in camera and under seal and not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: May 1, 2012

BENJAMIN B. WAGNER
United States Attorney

MATTHEW G. MORRIS
Assistant U.S. Attorney

1