**SEALED**     **FILED**

IN THE UNITED STATES DISTRICT COURT     MAY 0 1 2012

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>8507 CENTRAL AVENUE<br>ORANGEVALE, CALIFORNIA 93662 | ORDER RE: REQUEST TO SEAL DOCUMENTS<br><br>**UNDER SEAL**<br><br>2:12-SW 214 KJN |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant and search warrant affidavit underlying the search warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the search warrant will be left at the scene of the search.

Date: May 1, 2012

_____
KENDALL J. NEWMAN
United States Magistrate Judge