

SEALED
FILED

AO 93  (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

MAY   9 2012

OLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

| In the Matter of the Search of | ) | |
|---|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) ) | Case No. 2: 1 2 - SW    2 1 4    KJN |
| 8507 CENTRAL AVENUE ORANGEVALE, CALIFORNIA 93662 | ) ) ) | |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ EASTERN _____ District of _____ CALIFORNIA _____
*(identify the person or describe the property to be searched and give its location)*:
SEE ATTACHMENT A, ATTACHED HERETO AND INCORPORATED BY REFERENCE

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
SEE ATTACHMENT B, ATTACHED HERETO AND INCORPORATED BY REFERENCE

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____ May 15, 2012 _____
                                                                                        *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.          ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
_____ .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
                                                                ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: May 1, 2012  3:30 p.m.          _____
                                                                                                *Judge's signature*

City and state:   SACRAMENTO, CALIFORNIA          KENDALL J. NEWMAN, U.S. MAGISTRATE JUDGE
                                                                                *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:12-SW-214-KJN | Date and time warrant executed:<br>05/03/2012 6:30 am | Copy of warrant and inventory left with:<br>Doreen Bailey |

Inventory made in the presence of:
  Homeland Security Investigations (HSI) Special Agent's Derek Osborne and Phillip Hirsch

Inventory of the property taken and name of any person(s) seized:

1. Misc. documents
2. Z-Machine computer, GT-1000
3. Dell Inspirion MS110, Service Tag #4CXCLP1
4. Arris computer router, S/N A8JBPC46B370274
5. Scan Disk Thumb Drive
6. Computer media

## Certification

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____05/03/2012_____

_____
Executing officer's signature

Phillip Hirsch, SA, Homeland Security Investigations
_____
Printed name and title

5/3/2012

_____
KENDALL J. NEWMAN
U.S. MAGISTRATE JUDGE