**FILED**

JUL 0 3 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Search of 8507 Central Avenue<br>Orangevale, CA 93662 | CASE NO. 2:12-SW-214 KJN<br><br>GOVERNMENT NOTICE RE: EX PARTE MOTION TO UNSEAL SEARCH WARRANT AND APPLICATION |

On May 1, 2012, an application was filed and a sealed search warrant was issued in the above case. Since the search warrant has now been executed, it is no longer necessary for the above file to remain sealed.

The government respectfully requests that the application and search warrant in the above case be unsealed.

Dated: July 3, 2013

BENJAMIN B. WAGNER
United States Attorney



MATTHEW G. MORRIS
Assistant United States Attorney

Government Notice Re: Ex-Parte Motion to
Unseal Search Warrant and Application

1