FILED

JUL 03 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>Search of 8507 Central Avenue<br>Orangevale, CA 93662 | CASE NO. 2:12-SW-214 KJN<br><br>[PROPOSED] ORDER UNSEALING SEARCH WARRANT AND APPLICATION |

The government's request to unseal the application and search warrant in the above case is GRANTED.

SO ORDERED.

DATED: 7/3/13

HON. KENDALL J. NEWMAN
U.S. Magistrate Judge

[Proposed] Order Unsealing Search Warrant and Application

1